UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PAMELA YVETTE CATO,
:
                          Plaintiff,
:
      - against -
:
CITY OF NEW YORK, et al.,
:
                      Defendants.
------------------------------------------------------------X

**ORDER**

07 Civ. 6654 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The above-captioned case was referred to court-ordered mediation for settlement purposes. A mediation was held and the parties reached a settlement agreement on March 31, 2008, which resolved all of the issues in the case. Accordingly, the Clerk of the Court is directed to close this case.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             April 2, 2008