UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pamela Yvette Cato | No. 07 Civ. 6654 (SAS) |
| v. | LAW STUDENT INTERN APPEARANCE FORM |
| City of New York et al. | |

USDC ...
DOCU...
ELECT...
DOC #: ___
DATE FILED: 4/7/08

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in _____New York_____ law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
   (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
   (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
   (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

   ___2/11/08___                          _____[signature]_____
   (date)                                  (Signature of Student)
                                           Sharon Kopulla

2. Certification of Law School Dean or his Authorized Designee

   I certify that this student:

   (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
   (c) that ___Deborah N. Archer___, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

   ___2·11·08___                          _____[signature]_____
   (date)                                  (Signature of Dean or Authorized Designee)

                                           _____Professor_____
                                           (Position of Above)

MICROFILMED APR 0 1 2008 -9:00 AM

3. Consent of Supervising Attorney

   As a member of the bar of the United States District Court for the Southern District of New York, I will:

   (a) assume personal professional responsibility for this student's work;
   (b) assist this student to the extent necessary;
   (c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
   (d) appear with this student in all proceedings before the Court.

   ____2.11.08____                      ____Deborah__[signature]____
   (date)                               (Signature of Attorney)

4. Consent of Client or United States Attorney

   I authorize this student:

   (a) to appear in court or at other proceedings on my behalf, and
   (b) to prepare documents on my behalf.

   I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

   ____2/6/08____                       ____Pamela J. Cato____
   (date)                               (Signature of Client)

   (If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of the Judge

   I authorize this student:

   (a) to appear in court or other proceedings on behalf of the above client, and
   (b) to prepare documents on behalf of the above client.

   ____4/4/08____                       ____[signature]____
   (date)                               (Signature of Judge)