UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

____Pamela Yvette Cato____

v.

____City of New York et al.____

No. __07 Civ. 6654 (SAS)__

LAW STUDENT INTERN
APPEARANCE FORM

DATE FILED: 4/7/08

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in ____New York____ law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
   (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
   (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
   (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

   __2/11/2008__
   (date)

   __[signature] Joshua Levin__
   (Signature of Student)

2. Certification of Law School Dean or his Authorized Designee

   I certify that this student:

   (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
   (c) that __Deborah N Archer__, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

   __2·11·08__
   (date)

   __[signature] Deborah__
   (Signature of Dean or Authorized Designee)

   __Professor of Law__
   (Position of Above)

MICROFILMED APR 0 1 2008 -9 00 AM

3. Consent of Supervising Attorney

   As a member of the bar of the United States District Court for the Southern District of New York, I will:

   (a) assume personal professional responsibility for this student's work;
   (b) assist this student to the extent necessary;
   (c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
   (d) appear with this student in all proceedings before the Court.

   _2·11·08_  _/s/ Debra Cohn_
   (date)            (Signature of Attorney)

4. Consent of Client or United States Attorney

   I authorize this student:

   (a) to appear in court or at other proceedings on my behalf, and
   (b) to prepare documents on my behalf.

   I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

   _2/6/08_  _Pamela N. Cato_
   (date)         (Signature of Client)

   (If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of the Judge

   I authorize this student:

   (a) to appear in court or other proceedings on behalf of the above client, and
   (b) to prepare documents on behalf of the above client.

   _4/4/08_  _/s/ Shira A. Scheindlin_
   (date)         (Signature of Judge)